| | |
|---|---|
| 1 | CONSTANCE J. YU (SBN 182704) |
| 2 | E-mail: cyu@plylaw.com <br> DONALD J. PUTTERMAN (SBN 90822) |
| 3 | E-mail: dputterman@plylaw.com <br> GEORGE CHIKOVANI (SBN 254437) |
| 4 | E-mail: gchikovani@plylaw.com <br> ELLEN P. LIU (SBN 280459) |
| 5 | E-mail: eliu@plylaw.com <br> PUTTERMAN \| YU \| WANG LLP |
| 6 | 345 California Street, Suite 1160 <br> San Francisco CA 94104-2626 |
| 7 | Tel: (415) 839-8779 <br> Fax: (415) 737-1363 |
| 8 | |
| 9 | Attorneys for Plaintiff <br> MOUSEBELT LABS PTE. LTD |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| MOUSEBELT LABS PTE. LTD, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN ARMSTRONG, RESEARCHHUB TECHNOLOGIES, INC., RESEARCHHUB, LLC, COINBASE, INC., COINBASE ASSET MANAGEMENT, INC., d/b/a COINBASE VENTURES, and DOES 1-25, inclusive, <br><br> Defendants. | Case No.   4:22-cv-04847-JST <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF MOUSEBELT LABS PTE. LTD'S MOTION FOR REMAND** <br><br> Date:   December 22, 2022 <br> Time:   2:00 p.m. <br> Dept:   6, 2nd Floor <br><br> Judge: Honorable Jon S. Tigar <br><br> Complaint Filed: December 17, 2021 <br><br> Notice of Removal Filed: August 24, 2022 |

1 | Having considered Plaintiff's Motion to Remand (the "Motion"), the memorandum of authorities in support thereof, the opposition and reply briefs filed in connection to the Motion, and having considered the parties' arguments in support of and in opposition to the Motion, the Court hereby GRANTS the Motion. Additionally, the Court hereby orders Defendants to pay the reasonable attorneys' fees and costs incurred by Plaintiff as a result of Defendants' removal.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HON. JON S. TIGAR