MARK CONRAD (CA Bar No. 255667)
FELIPE CORREDOR (CA Bar No. 295692)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conmetkane.com
Email: fcorredor@conmetkane.com

Attorneys for Defendants Coinbase, Inc.,
and Coinbase Asset Management, Inc.

*(Additional counsel listed on signature page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOUSEBELT LABS PTE. LTD.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN ARMSTRONG, RESEARCHHUB TECHNOLOGIES, INC., COINBASE, INC., COINBASE ASSET MANAGEMENT, INC., d/b/a COINBASE VENTURES, and DOES 1-25, inclusive,<br><br>　　　　　　　Defendants. | Case No. 4:22-cv-04847-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REDACTIONS TO ORDER GRANTING MOTION TO COMPEL ARBITRATION** |

1  WHEREAS, Defendants Brian Armstrong, ResearchHub Technologies, Inc., Coinbase, Inc., and Coinbase Asset Management, Inc. filed their Motion to Compel Arbitration and to Stay Litigation ("Motion") on September 6, 2022 (ECF No. 11), portions of which were filed under seal pursuant to this Court's Order (ECF No. 24);

WHEREAS, the Court granted the Motion in a sealed order ("Order") on May 24, 2023 (ECF No. 41);

WHEREAS, on May 24, 2023, the Court also ordered the parties to file a stipulation regarding proposed redactions to the Order within seven days of the Order (ECF No. 42);

WHEREAS, the parties have conferred and agree that no redactions to the Order are necessary;

NOW, THEREFORE, it is hereby stipulated by and between the parties to the above-captioned matter that the Court allow full access by the public to the unredacted Order by removing the restrictions on ECF No. 41.

Respectfully submitted,

DATED: May 31, 2023

/s/ Ellen Liu
Ellen Liu
PUTTERMAN | YU | WANG LLP
*Attorneys for Plaintiff MouseBelt Labs Pte. Ltd.*

DATED: May 31, 2023

/s/ Miriam Kim
Miriam Kim
MUNGER, TOLLES & OLSON LLP
*Attorneys for Defendant Brian Armstrong*

DATED: May 31, 2023

/s/ Eugene Novikov
Eugene Novikov
MORRISON & FOERSTER LLP
*Attorneys for Defendant ResearchHub Technologies, Inc.*

DATED: May 31, 2023

/s/ Mark R. Conrad
Mark R. Conrad
CONRAD | METLITZKY | KANE LLP
*Attorneys for Defendants Coinbase, Inc., and Coinbase Asset Management, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 31, 2023

_____
Hon. Jon S. Tigar
United States District Judge

**<u>ATTESTATION</u>**

Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of this document.

/s/ Mark R. Conrad
MARK R. CONRAD